LF 028
(Rev. 11/04/2019)

PRISON

IN THE U
FOR THE N

Case: 1:25-cv-00307
Assigned To : Unassigned
Assign. Date : 1/31/2025
Description: Pro Se Gen. Civ. (F-DECK)

Jonathan Rice, G.d.c# 1000189945

(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

-vs-

President, donald Trump.
U.S. Attorney general.

RECEIVED
Mail Room
JAN 31 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

(Enter above the full name of the defendant(s).)

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

I.  **Previous Lawsuits**

   A.   Have you filed other lawsuits in federal court while incarcerated in any institution?

   Yes (✓)   No ( )

   B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.   Parties to this previous lawsuit:

   Plaintiff(s):   Jonathan Rice
   G.d.c# 1000189945

1

LF 028
Rev. 11/04/2019

Defendant(s): President, Joe Biden
Attorney general, merrick B. Garland

2. Court (name the district): 333 Constitution Avenue, N.W Washington, DC, 20001

3. Docket Number: 1:24-CV-00444-UNA

4. Name of judge to whom case was assigned: Randolph.d.moss

5. Did the previous case involve the same facts?

   Yes ( )   No (✓)

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Why they N/A dismissed case my Certificate N/A was not signed

7. Approximate date of filing lawsuit: 5-26-2024

8. Approximate date of disposition: 5-26-2024

II. **Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

   A. Place of Present Confinement: Hays State Prison

   B. Is there a prisoner grievance procedure in this institution?

      Yes (✓)   No ( )

   C. Did you present the facts relating to your complaint under the institution's grievance procedure?

      Yes (✓)   No ( )

   D. If your answer is YES:
      1. What steps did you take and what were the results? I talk about the Private Relationship I got with President, Xi-Jinping and China military generals. And I dont get Arrested! year 2010

2

LF 028
Rev. 11/04/2019

_The Attorney general of Atlanta "stated."_

2. If your answer is NO, explain why not: _N/A_

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: _Jonathan maurice Rice_
_G.d.C # 1000189945_
_Hays State Prison, P.O. Box 668_
_Trion, georgia, 30753_

Address(es): _Hays State Prison_
_P.O. Box 668_
_Trion, georgia, 30753_

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): _President, donald Trump_
_U.S. Attorney general,_

Employed as _President, of united state, donald Trump,_
_U.S. Attorney general,_

at _The white House, 1600 Pennsylvania Ave,_
_Washington, dc, 20500_

### IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

(✓) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

3

LF 028
Rev. 11/04/2019

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

False imprisonment claim.
Hebeas corpus claim.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

False imprisonment claim.
Hebeas corpus claim.

V. **Prisoner Status**
Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
(✓) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other *(explain)* _____

VI. **Statement of Claim**
State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The "year 2010", President, Barack Obama and Vice President, Joe Biden All violated my civil rights and constitutional rights. Michelle Obama, stated That I can start a civil war "the" year 2010" I even Had four Black F.B.I agents woman's got "Police Reports" on I Jonethen maurice Rice, year of Birthday: 1990, Last four digits of Social Security number # 5165. I also investigated for 14 year's of my Life the private dealing with China The President, Xi Jimping. And dealing with China military I got Personal Private Relationship. I dont Know is my words are still strong with China military general, China general stated They shooting 'nuclear missies' to united stated

4

LF 028
Rev. 11/04/2019

If I Jonathan Maurice Rice, "die" Here in United State. President, donald Trump I start Learning These Powerful citizen Right's I Have because I Know one day China was going to try a Private invasion's on united state. I dont Knew Fully what is china Plan's on "evil intent's". President, Trump The U.S. military got Legal History paper's on me dealing with china military and U.S. military. President, Trump I dont get Arrested, year 2010, Attorney general in office in Atlanta, stated I dont get Arrested. I Been Fighting for the Right Safe Hell for year's. President, donald Trump, If I Jonathan Rice, can Support you dealing any Kind of "Business" or Private Business around the world or even dealing with the united State constitutional Law's, I am here to Help and it with my word's be a Honor to Listen what great Plan's you Have.

VII. **Injuries**
If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

False imprisonment Claim.
Hebeas corpus Claim.

VIII. **Relief**
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I will Like Full Support From The President Trump, to Help me get release From "Hays State prison. Why because it is unLawful For me to be Arrested. I'am being Hold False imprisonment inside This prison. I Really Hope my Legal mail make it to "washington, dc, District clerk office. I also Have idea's of trying to support The country ukraine. It will be a Honor to Help President, Trump, with Strong idea's to Pull America Back together. And Help dealing with The Federal government's in united State's. What I want The court's to do for me please

Police Reports Pr Proof's

LF 028
Rev. 11/04/2019

The "White House" and U.S. department of Justice can Full support me. To Be Honest with President Trump and The Federal Court's. U.S. Federal Department's agents got "secret private Top secret's Police Reports on I Jonathan maurice free. I got many many Top secret Police Reports. And I pray That nobody Local government or "michelle oBama" or President oBama is planing on killing me when I'am Release. → I Forgive everyone I want to try to Help everyone.

Signed this __1__ day of __20__, 20__25__

_____
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Trion__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __1-20-2025__
(Date)

_____
Signature of Plaintiff

6